No. 00–1542. CLAY *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. Sup. Ct. Mo. Certiorari denied. 

No. 00–1557. HALE *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. 

No. 00–1569. DOMINGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–1575. NTREH *v.* UNIVERSITY OF TEXAS AT DALLAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–1599. MARLIN *v.* DISTRICT OF COLUMBIA BOARD OF ELECTIONS & ETHICS. C. A. D. C. Cir. Certiorari denied. ██

No. 00–1600. CONSOLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–1625. IDA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 00–5947. HILL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 00–6525. SELSOR *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 00–6552. FAIRCHILD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 00–7169. GREEN *v.* CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 00–7603. HANNIBAL *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 00–7828. THOMPSON *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 00–8023. RICE *v.* CITY OF OAKLAND ET AL. C. A. 9th Cir. Certiorari denied.